

# United States District Court
# Eastern District of California

| Dixon Seed Corporation |
|---|

Plaintiff(s)

Case Number: | 2:23-cv-00198 |
|---|

V.

| Green Co., Ltd. |
|---|

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Philip L. Hirschhorn hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Dixon Seed Corporation

On _____03/06/1989_____ (date), I was admitted to practice and presently in good standing in the

_____New York State Supreme Court_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____02/15/2023_____     Signature of Applicant: /s/ Philip L. Hirschhorn _____

**Pro Hac Vice Attorney**

Applicant's Name:      Philip L. Hirschhorn

Law Firm Name:      Panitch Schwarze Belisario & Nadel LLP

Address:      Two Commerce Square, Suite 2800

2001 Market Street

City:      Philadelphia      State:    PA    Zip:    19103

Phone Number w/Area Code:    (215) 965-1257

City and State of Residence:    Montclair, New Jersey

Primary E-mail Address:    phirschhorn@panitchlaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:      Sean P. DeBruine

Law Firm Name:      Law Offices of Sean DeBruine

Address:      1234 Indiana Street

City:      San Francisco      State:    CA    Zip:    94107

Phone Number w/Area Code:    (650) 269-9140      Bar #    168071

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:    February 22, 2023

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE