Sean P. DeBruine (Bar No. 168071)
Law Office of Sean DeBruine
1234 Indiana Street
San Francisco CA 94107
Telephone: (650) 269-9140
Email: Sean@DeBruineLaw.com

Travis W. Bliss (admitted *pro hac vice*)
Email: Tbliss@panitchlaw.com
Philip L. Hirschhorn (admitted *pro hac vice*)
Email: Phirschhorn@panitchlaw.com
Keith A. Jones (admitted *pro hac vice*)
Email: Kjones@panitchlaw.com
Panitch Schwarze Belisario & Nadel LLP
Wells Fargo Tower
2200 Concord Pike, Suite 201
Wilmington, DE 19803
Telephone: (302) 394-6002

Counsel for Plaintiff Dixon Seed Corporation

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| DIXON SEED CORPORATION, a California Corporation, *Plaintiff*, v. GREEN CO., LTD., a Vietnamese Corporation, *Defendant*. | Case No. 2:23-cv-00198 MCE DB **ORDER GRANTING PLAINTIFF'S MOTION TO SERVE SUMMONS AND COMPLAINT BY ALTERNATE MEANS** Date:   June 27, 2024 Time:   10:00 am Judge:  Hon. Morrison C. Englund Court:  7, 14th floor |

The Motion by Plaintiff Dixon Seed Corp. ("Dixon") for leave to serve the Summons and Complaint in this matter by alternate means pursuant to Fed.R. Civ.P. 4(f)(3) and 4(h)(2), Docket No. 16, having come before the Court and good cause

appearing therefore, is hereby GRANTED.

IT IS HEREBY ORDERED that Dixon may serve copies of the Summons and Complaint and any other required papers in this matter on defendant Green Co., Ltd. by sending copies of those documents to the following email addresses: stephanegorin@green-genetics.com, greenseeds@green-genetics.com, and t.wallace@americanhybridseeds.com pursuant to Fed. R. Civ.P. 4(f)(3).

IT IS SO ORDERED.

Dated: June 8, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE