UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Dixon Seed Corporation,<br><br>    *Plaintiff*,<br><br>    v.<br><br>Green Co., Ltd.,<br><br>    *Defendant*. | Case No.  2:23-cv-00198 MCE SCR<br><br>**[PROPOSED]** ORDER SHORTENING TIME FOR DETERMINATION OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT |

Plaintiff's Motion for Administrative Relief to Shorten Time for Disposition of its Motion for Entry of Default Judgement, having come before the Court and good cause appearing therefore, is hereby GRANTED.

IT IS HEREBY ORDERED that the hearing on plaintiff's Motion for Entry of Default Judgment is taken off calendar, and the Motion for Entry of Default Judgment will be determined based on the filings of record in this matter.

DATED this 3rd day of September, 2024.

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE