UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIXON SEED CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GREEN CO., LTD.,<br><br>Defendant. | No. 2:23-cv-00198-DC-SCR<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>(Doc. Nos. 26, 33, 41) |

Plaintiff Dixon Seed Corporation filed this this breach-of-contract action against Defendant Green Co., Ltd., on January 30, 2023. (Doc. No. 1.) On June 14, 2024, Defendant was served with the summons and complaint, and Plaintiff filed the executed summons with the court on June 24, 2024. (Doc. No. 23.) Defendant did not file an answer, responsive pleading, or otherwise appear in this action. On July 11, 2024, Plaintiff filed a request for entry of default against Defendant (Doc. No. 24), and default was entered by the Clerk of the Court against defendant on July 15, 2024 (Doc. No. 25). On August 5, 2024, Plaintiff filed the pending motion for default judgment and re-noticed that motion on August 19, 2024. (Doc. Nos. 26, 33.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 302. (*See* Doc. No. 32.)

On March 18, 2025, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff's motion for default judgment be granted for the full amount

1  requested—$1,078,332.14 in damages, plus $3,323.58 in costs, for a total of $1,081,655.72.
2  (Doc. No. 41.) The findings and recommendations provided that any objections thereto were to be
3  filed within fourteen (14) days. (*Id.* at 9.) To date, no objections have been filed and the time for
4  doing so has now passed. On April 8, 2025, Plaintiff filed a statement of non-opposition to the
5  pending findings and recommendations. (Doc. No. 42.)

6       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court conducted a *de*
7  *novo* review of the case. Having carefully reviewed the file, the court concludes the findings and
8  recommendations are supported by the record and proper analysis.

9       Accordingly:

10      1.    The findings and recommendations issued on March 18, 2025 (Doc. No. 41) are
11            ADOPTED in full;
12      2.    Plaintiff's motion for default judgment against Defendant (Doc. Nos. 26, 33) is
13            GRANTED;
14      3.    Default judgment is hereby entered in favor of Plaintiff and against Defendant
15            Green Co., Ltd., in the amounts of $1,078,332.14 in damages and $3,323.58 in
16            costs; and
17      4.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **April 20, 2025**

Dena Coggins
United States District Judge

2